FILED _____   RECEIVED
ENTERED _____   SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 1 2 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* *

PARIS CHERER,                          )
                                       )          2:06-cv-502 PMP
            Plaintiff(s),              )
                                       )
vs.                                    )
                                       )
FRAZIER et al,                         )
                                       )
            Defendant(s).              )

**ORDER FOR DESTRUCTION OF EXHIBITS**

    As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, counsel was notified via Minute Order on **JULY 8, 2013** that they could retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office.  **IT IS HEREBY ORDERED** that if exhibits are not retrieved by counsel prior to **AUGUST 12, 2013**, the Clerk is authorized to destroy said exhibits.

Dated: _8/8/13_____   _____

**U.S. DISTRICT JUDGE**